[No. 30802-2-III.   Division Three.   September 5, 2013.]

Jon Gibson et al., *Appellants*, v. The City of Spokane Valley, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-03678-9, Jerome J. Leveque, J., entered April 11, 2012. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[Nos. 67509-5-I; 67516-8-I;   Division One.   September 9, 2013.]
    67556-7-I.

The State of Washington, *Respondent*, v. Kevin Isajah Volante, *Appellant*.

The State of Washington, *Respondent*, v. Dara Khann, *Appellant*.

The State of Washington, *Respondent*, v. Michael Martinez Copol, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-1-08296-1, John P. Erlick, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Cox, JJ.

[No. 68264-4-I.   Division One.   September 9, 2013.]

David A. Falsberg, *Appellant*, v. GlaxoSmithKline, PLC, et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-13102-7, Mary Yu, J., entered January 12, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Cox, J.